UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-20201-CR-WILLIAMS(s)</u>

**UNITED STATES OF AMERICA**

vs.

**DAVID KNEZEVICH,**
  a/k/a "DAVID KNEZEVIC,"
  a/k/a "DUSAN KNEZEVIC,"

  **Defendant.**
_____/

**PROTECTIVE ORDER RESTRICTING**
**<u>DISCLOSURE OF WITNESS CONTACT INFORMATION</u>**

**THIS CAUSE** came before the Court upon the government's Unopposed Motion for Protective Order Restricting Disclosure of Witness Contact Information. Having considered the government's motion, and being otherwise fully advised in this premises, it is hereby **ORDERED** and **ADJUDGED** that the government's motion is **GRANTED**. Therefore, it is ordered that:

1. The United States is ordered to provide to the Defendant's Counsel in the instant action the Witness Contact Information of the individuals interviewed by law enforcement in Spain.

2. Counsel for the Defendant may only reveal the Witness Contact Information to their employees as is necessary to prepare the Defendant's case.

3. Counsel for the Defendant may not reveal Witness Contact Information to the Defendant, his family, or his other counsel who are not representing him in the instant action.

4.  The parties agree that this Order applies to any Witness Contact Information that is produced to the Defendant's Counsel during the duration of this case.

**DONE** and **ORDERED** in chambers this **19th** day of November 2024, in Miami, Florida.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

*Copies to counsel of record*