**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: **24-20201-CR-WILLIAMS(s)**

**UNITED STATES OF AMERICA**

    vs.

**DAVID KNEZEVICH,**
    a/k/a "DAVID KNEZEVIC,"
    a/k/a "DUSAN KNEZEVIC,"

    **Defendant.**
_____/

**NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY**

The United States of America, through the undersigned Assistant United States Attorneys, hereby gives Notice that it *does not* intend to seek the death penalty against the Defendant in this case.

    Respectfully submitted,

    MICHAEL S. DAVIS
    ACTING UNITED STATES ATTORNEY

By: **Jessica Kahn Obenauf**
    Lacee Elizabeth Monk
    Florida Bar No. 100322
    Lacee.Monk@usdoj.gov
    (305) 961-9427
    Jessica Kahn Obenauf
    Florida Bar No. 0052716
    Jessica.Obenauf@usdoj.gov
    (772) 293-0981
    Assistant United States Attorneys
    U.S. Attorney's Office
    99 N.E. 4th Street, Miami, FL 33132-2111