**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-CR-20201-WILLIAMS**

UNITED STATES OF AMERICA,

      Plaintiffs,

v.

DAVID KNEZEVICH,

      Defendant.

_____/

## ORDER

      **THIS MATTER** is before the Court on Defendant's Expedited Motion for Order Temporarily Staying Government Review or Use of Seized Electronics (DE 133) ("***Motion***"). Based on a review of the Motion and the record, it is **ORDERED AND ADJUDGED** that Defendant's Motion (DE 133) is **DENIED** except to the extent discussed at the hearing on January 15, 2025, with regard to establishing a filter team to segregate attorney-client and work-product materials.

      **DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>23rd</u> day of January, 2025.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE