UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20201-WILLIAMS

UNITED STATES OF AMERICA,

v.

DAVID KNEZEVICH,

    Defendant.
_____/

**OMNIBUS ORDER**

**THIS MATTER** is before the Court following the April 25, 2025 Status Conference in this matter. (DE 215.) For the reasons set forth at the Status Conference, it is **ORDERED AND ADJUDGED** as follows:

1. The Government shall provide to the Defendant any working organizational systems, charts, or excel spreadsheets that the Government or its agents have drafted or use to identify items or people contained in discovery by **May 2, 2025 at 5:00 p.m.** The Government may include any caveats related to the unfinished or draft nature of those systems or charts. The Government may inform Chief Magistrate Judge Goodman when those items have been produced.

2. The Government shall supplement its expert disclosure related to Agent Goodrich as needed to comply with Federal Rule of Criminal Procedure 16(a)(1)(G) by filing the supplemental report to the docket by **April 28, 2025 at 12:00 p.m.**

3. Defendant shall file any motion related to his investigator's inability to take photographs and videos of the Madrid apartment by **April 30, 2025 at 5:00 p.m.**

4. The Government shall confirm the full extent of its expert disclosures related to Dr. Keckarevic. If the Government has not produced reports sufficient to comply with Federal Rule of Criminal Procedure 16(a)(1)(G), it shall supplement its disclosure and file the supplemental disclosure to the docket by **May 2, 2025 at 5:00 p.m.** If the Government has produced to Defendant reports from Dr. Keckarevic in addition to the four-line report discussed at the Status Conference, the Government shall file any of those additional reports to the docket by **May 2, 2025 at 5:00 p.m.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 25th day of April, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE